UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN RE:  CASE NO.: 22-50137-KKS
 CHAPTER 13

WILLIAM HUBERT DEAN
SYLVIA DIANNE PERKINS

    Debtors    /

## CHAPTER 13 TRUSTEE'S MOTION FOR
## ORDER AWARDING ADMINISTRATIVE FEE

**COMES NOW**, LEIGH A. DUNCAN, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files her Motion for Order Awarding Administrative Fee, and in support thereof states as follows:

1. The Debtor(s) filed a Petition for Relief under Chapter 13 of the United States Bankruptcy Code on November 7, 2022.

2. An Order Dismissing Case was entered by the Court on June 2, 2023.

3. The Chapter 13 Trustee has received $6,000.00 from the Debtor(s) for payments under the Chapter 13 Plan.

WHEREFORE, the Chapter 13 Trustee requests that the Court enter an Order Awarding Administrative Fee in the amount of $600.00 to the Chapter 13 Trustee and for such other and further relief as the Court may deem appropriate.

**RESPECTFULLY SUBMITTED**.

/s/Leigh A. Duncan
OFFICE OF CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
850-681-2734 "Telephone"
850-681-3920 "Facsimile"

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been sent by first class mail to:

| | |
|---|---|
| WILLIAM HUBERT DEAN | SYLVIA DIANNE PERKINS |
| 5410 FINN RD | 5410 FINN RD |
| CAMPBELLTON, FL 32426 | CAMPBELLTON, FL 32426 |

and by the court's current CM/ECF notice of electronic filing to:

BROOKS R SIEGEL
Attorney for Debtor(s)
bkecf@bklgp.com

OFFICE OF UNITED STATES TRUSTEE
USTPRegion21.TL.ECF@usdoj.gov

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/ Leigh A. Duncan
OFFICE OF CHAPTER 13 TRUSTEE

June 5, 2023