# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

IN RE:                                        CASE NO.: 22-50137-KKS
                                                   CHAPTER 13

WILLIAM HUBERT DEAN
SYLVIA DIANNE PERKINS

       Debtors                      /

## ORDER GRANTING *CHAPTER 13 TRUSTEE'S MOTION FOR ORDER AWARDING ADMINISTRATIVE FEE* (ECF NO. 74)

**THIS CASE** came before the Court on the *Chapter 13 Trustee's Motion for Order Awarding Administrative Fee* (ECF No. 74), and the Court being fully advised in the premises, it is

**ORDERED** that the Trustee's Motion is GRANTED. Leigh A. Duncan, Chapter 13 Trustee, is awarded $600.00 as an administrative fee in this case.

**DONE AND ORDERED** on    June 8, 2023                  .

                                                 KAREN K. SPECIE
                                                 CHIEF U.S. BANKRUPTCY JUDGE

Order prepared by LEIGH A. DUNCAN.

LEIGH A. DUNCAN is directed to serve a copy of this Order on interested parties who are non-CM/ECF users and file a proof of service within three (3) days of entry of the Order.